UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Carolynn Cook v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11961-DRH |
| *Kenyoko Daley, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11442-DRH |
| *Talley Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13154-DRH |
| *Lania DeMers v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10762-DRH |
| *Meredith DeVito, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12489-DRH |
| *Jane Diehl, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10527-DRH |
| *Jennifer Duyssen, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11799-DRH |
| *Jennifer Fisher v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11130-DRH |
| *Elizabeth Fogle v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12915-DRH |
| *Octavia Fuller, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10223-DRH |
| *Krista Gawlowski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13353-DRH |

| | |
|---|---|
| *Melissa Godwin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12508-DRH |
| *Cindy Gruber, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11943-DRH |
| *Deborah Haller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10017-DRH |
| *Raeann Irwin, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11991-DRH |
| *Michele Ptaszek v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11551-DRH |
| *Lyndsy Winstead, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12212-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 5, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> NANCY J. ROSENSTENGEL,
> CLERK OF COURT
>
> BY: __/s/*Sara Jennings*___
>     **Deputy Clerk**

**Dated:** March 5, 2014

Digitally signed by David R. Herndon
Date: 2014.03.05 16:47:57 -06'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**

2